# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0838. ERIC MATTHEW STEPHENS v. THE STATE.**

In 2013, Eric Matthew Stephens pled guilty to two counts of burglary and was sentenced as a recidivist to ten years. In 2016, Stephens filed a motion to vacate a void sentence, arguing that he was not given proper notice of the State's intent to seek recidivist punishment.[1] The trial court denied the motion, and Stephens filed this appeal.

A direct appeal lies from the denial of a motion to correct a void sentence when the defendant raises a colorable claim that the sentence is, in fact, void or illegal.  See *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). The State's failure to provide proper notice of intent to seek recidivist punishment does not render the subsequent sentence void. See *Ward v. State*, 299 Ga. App. 63, 64-65 (682 SE2d 128) (2009). As Stephens has failed to raise a colorable claim regarding the validity of his sentence, he presents nothing for this Court to review.  His appeal is therefore DISMISSED. See id.

---

[1] Stephens also argues that the State improperly relied on certain convictions that were more than ten years old. However, OCGA § 17-10-7, which governs the imposition of recidivist sentencing, does not limit the use of convictions to those entered within ten years.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/10/2017

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*